1 | McGREGOR W. SCOTT
United States Attorney
2 | KENNETH J. MELIKIAN
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone:  (916) 554-2700



FILED

DEC 0 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. SW-07-072 EFB |
| Plaintiff, ) | |
| ) | APPLICATION AND ORDER |
| v. ) | RE:   UNSEALING |
| [SEALED], ) | |
| Defendant(s). ) | |

The United States of America, by and through its undersigned attorneys, hereby respectfully requests that the Court order the above-captioned file unsealed. The sealed search warrant in this case has been served, and that search warrant will soon need to be provided in discovery.

DATED: November 24, 2008

McGREGOR W. SCOTT
United States Attorney

By _____
KENNETH J. MELIKIAN
Assistant U.S. Attorney

1

## O R D E R

Upon application of the United States and good cause therefor being shown, IT IS HEREBY ORDERED that the file in the above-captioned matter be unsealed.

DATED: 12/1/08

~~EDMUND F. BRENNAN~~
UNITED STATES MAGISTRATE JUDGE